IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED H. KELLER, JR.,<br>JUAN ARMENTA, JUAN DOE,<br>JUANA DOE and JUANA DOE #2,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT,<br><br>      Defendant. | CASE NO. 8:10CV270<br><br><br><br><br><br>ORDER |

| | |
|---|---|
| MARIO MARTINEZ, JR., PAOLA<br>MERCADO, JANE DOE, MARIA ROE,<br>STEVEN DAHL, AND ACLU NEBRASKA<br>FOUNDATION,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT; DEAN F.  SKOKAN,<br>JR., IN HIS OFFICIAL CAPACITY AS<br>FREMONT CITY  ATTORNEY; AND<br>TIMOTHY  MULLEN, IN HIS OFFICIAL<br>CAPACITY AS FREMONT CHIEF OF<br>POLICE,<br><br>      Defendants. | CASE NO. 4:10CV3140 |

This matter is before the Court in preparation for its request to the Nebraska

Supreme Court under Neb. Rev. Stat. § 24-219 (Reissue 2008), asking that Court to

exercise its discretion to answer a certified question of Nebraska law which may resolve

the above-captioned cases.  The Plaintiffs in the above cases will pay the docketing fees

associated with submitting the question to the Nebraska Supreme Court.  Once the

Plaintiffs have paid the appropriate docketing fee to the Nebraska Supreme Court, they will

notify this Court.  After receiving notification, the Clerk of the Court will transfer the certified

question and other appropriate documents to the Nebraska Supreme Court. An unsigned copy of the certified question that will be submitted is attached hereto. Accordingly,

IT IS ORDERED:

1.  On or before September 21, 2010, the Plaintiffs in Case No. 8:10CV270 and Case No. 4:10CV3140 will pay the docketing fee of $125.00 to the Nebraska Supreme Court consistent with Nebraska Revised Statutes and the rules of the Nebraska Supreme Court;

2.  Upon paying the docketing fee to the Nebraska Supreme Court, the Plaintiffs will immediately file a notification in this Court that the docketing fee has been paid; and

3.  Upon notice from either Plaintiff that the docketing fee has been paid in full to the Nebraska Supreme Court, the Clerk of this Court is directed to forward the following documents to the Nebraska Supreme Court:

    a.  The original petition under the Court's official seal in accordance with Neb. Rev. Stat. § 24-222 (Reissue 2008); and

    b.  Seven (7) certified copies of the signed original petition.

DATED this 7th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2