IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED H. KELLER, JR., JUAN ARMENTA, JUAN DOE, JUANA DOE and JUANA DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT,<br><br>Defendant. | CASE NO. 8:10CV270<br><br><br><br><br><br>ORDER |
| MARIO MARTINEZ, JR., PAOLA MERCADO, JANE DOE, MARIA ROE, STEVEN DAHL, AND ACLU NEBRASKA FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT; DEAN F. SKOKAN, JR., IN HIS OFFICIAL CAPACITY AS FREMONT CITY ATTORNEY; AND TIMOTHY MULLEN, IN HIS OFFICIAL CAPACITY AS FREMONT CHIEF OF POLICE,<br><br>Defendants. | CASE NO. 4:10CV3140 |

This matter is before the Court on the Defendants' Motion to Extend Briefing Deadlines (Filing No. 43). The Defendants represent that the Plaintiffs have no objection to the request. For good cause shown,

IT IS ORDERED:

1. Defendants' Motion to Extend Briefing Deadlines (Filing No. 43) is granted;

2. Defendants will file their brief and any evidence in opposition to the Plaintiffs' Motions for Preliminary Injunction on or before January 21, 2011; and

3. Plaintiffs may file any reply briefs on or before February 18, 2011.

DATED this 24th day of November, 2010.

                                    BY THE COURT:

                                    s/Laurie Smith Camp
                                    United States District Judge