## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED H. KELLER, JR.,<br>JUAN ARMENTA, JUAN DOE,<br>JUANA DOE and JUANA DOE #2,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF FREMONT,<br><br>          Defendant. | **8:10-cv-0270-LSC-FG3**<br><br>**TRIAL ORDER** |
| MARIO MARTINEZ, JR., PAULA<br>MERCADO, MARTIN MERCADO, JANE<br>DOE, MARIA ROE, STEVEN DAHL,<br>ACLU NEBRASKA FOUNDATION, and<br>UNITED FOOD AND COMMERCIAL<br>WORKERS UNION, LOCAL 22,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF FREMONT; DEAN F. SKOKAN,<br>JR., in his official capacity as Fremont City<br>Attorney; and TIMOTHY MULLEN, in his<br>official capacity as Fremont Chief of Police,<br><br>          Defendants. | **4:10-cv-3140-LSC-FG3**<br><br>**TRIAL ORDER** |

In light of the "Stipulation and Order" entered on January 21, 2011,

**IT IS ORDERED:**

     1.   These cases are scheduled for a consolidated non-jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, March 15, 2011 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Counsel will receive more specific information regarding trial preparation from Judge Smith Camp.

  2.   The final pretrial conference will be held on **Thursday, February 17, 2011 at 11:00 a.m.** before the undersigned magistrate judge in chambers, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The final pretrial conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the pretrial conference all items as directed in NECivR 16.2 and shall provide to the undersigned, at least one full working day in advance of the conference, a copy of the final draft of the proposed final pretrial order.  The draft copy may be delivered to chambers, faxed to chambers (402-661-7338), sent by e-mail to gossett@ned.uscourts.gov in .pdf format, or mailed to chambers so as to arrive one full working day in advance of the conference.

  **DATED January 25, 2011.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett, III**
                                    **United States Magistrate Judge**