IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FRED H. KELLER, JR., JUAN ARMENTA, JUAN DOE, JUANA DOE and JUANA DOE #2,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**CITY OF FREMONT,**<br><br>        Defendant. | 8:10-cv-0270-LSC-FG3<br><br>ORDER |
| **MARIO MARTINEZ, JR., PAULA MERCADO, MARTIN MERCADO, JANE DOE, MARIA ROE, STEVEN DAHL, ACLU NEBRASKA FOUNDATION, and UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 22,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**CITY OF FREMONT; DEAN F. SKOKAN, JR., in his official capacity as Fremont City Attorney; and TIMOTHY MULLEN, in his official capacity as Fremont Chief of Police,**<br><br>        Defendants. | 4:10-cv-3140-LSC-FG3<br><br>ORDER |

At the request of counsel, and for good cause shown,

**IT IS ORDERED:**

1. These consolidated cases are set for a telephonic Rule 16 planning conference to be held **Thursday, February 17, 2011 at 11:00 a.m.** (the time previously reserved for the final pretrial conference), for the purpose of scheduling the case to trial. Plaintiffs' counsel, Alan E. Peterson, shall initiate the conference call to the undersigned magistrate judge at 402-661-7340. (At the request of the parties, the conference may be held in chambers). Prior to the conference counsel shall have:

      a.  Disclosed the names, addresses, and affiliations with any party of all known non-expert witnesses;

      b.  Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;

      c.  Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.0.1(i);

      d.  Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;

      f.  Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

    2.  The March 15, 2011 trial date is vacated.  A new trial date will be set during the February 17, 2011 planning conference.

**DATED January 31, 2011.**

                                **BY THE COURT:**

                                **s/ F.A. Gossett, III**
                                **United States Magistrate Judge**