# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED H. KELLER JR., JUAN ARMENTA, JUAN DOE, JUANA DOE, JUANA DOE #2, and YAMILETH LEIVA, <br><br> Plaintiffs, <br><br> V. <br><br> CITY OF FREMONT, DALE SHOTKOWSKI, in his Official Capacity, and TIMOTHY MULLEN, in his Official Capacity, <br><br> Defendants. | 8:10CV270 <br><br><br><br> ORDER |
| MARIO MARTINEZ, JR., et al. <br><br> Plaintiffs, <br><br> V. <br><br> CITY OF FREMONT, et al. <br><br> Defendants. | 4:10CV3140 <br><br><br><br> ORDER |

Tanaz Moghadam, counsel for Plaintiffs Mario Martinez, Jr., *et al.*, has filed a motion requesting leave to withdraw as one of the counsel for Plaintiffs. Upon the representation that Plaintiffs will continue to be represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. Tanaz Moghadam's Motion for Leave to Withdraw as Counsel for Plaintiffs (filing 104, Case No. 4:10CV3140) is granted.

2. The Clerk shall terminate the appearance of Tanaz Moghadam in this matter.

3. The Clerk shall terminate future notices to Tanaz Moghadam in this matter.

**DATED September 19, 2011.**

**BY THE COURT:**

S/ F.A. Gossett
**United States Magistrate Judge**