IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED H. KELLER, JR.; JUAN ARMENTA; JUAN DOE; JUANA DOE; JUANA DOE #2; and YAMILETH LEIVA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT; DALE SHOTKOWSKI, in his Official Capacity; and TIMOTHY MULLEN, in his Official Capacity,<br><br>Defendants. | CASE NO. 8:10CV270<br><br><br>ORDER |
| MARIO MARTINEZ, JR.; PAULA MERCADO; JANE DOE; MARIA ROE; STEVEN DAHL; ACLU NEBRASKA FOUNDATION; MARTIN MERCADO; UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 22; and BLAKE HARPER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT; TIMOTHY MULLEN, in his official capacity as Fremont Chief of Police; and DALE SHOTKOSKI, in his official capacity as Fremont City Attorney,<br><br>Defendants. | CASE NO. 4:10CV3140<br><br><br><br><br>ORDER |

This matter is before the Court on the Defendants' Motions to Extend Time to File a Motion for Summary Judgment (Case No. 8:10CV270, Filing No. 120; Case No. 4:10CV3140, Filing No. 136). The Defendants request that the current, December 19, 2011, deadline for filing Motions for Summary Judgment be extended to January 18, 2011.

The Defendants represent that the Plaintiffs in *Keller, et al. v. City of Fremont, et al.*, Case No. 8:10CV270, do not oppose the Motion.  However, the Plaintiffs in *Martinez, et al. v. City of Fremont, et al.*, Case No. 4:10CV3140, have opposed the Motion.  (Filing No. 137.)  For good cause shown, the Defendants' Motions in these consolidated cases will be granted, in part.  Accordingly,

IT IS ORDERED that the Defendants' Motions to Extend Time to File a Motion for Summary Judgment (Case No. 8:10CV270, Filing No. 120; Case No. 4:10CV3140, Filing No. 136) are granted, in part.  Any Motion for Summary Judgment the Defendants or Plaintiffs intend to submit shall be filed by or before January 3, 2012.

DATED this 9th day of December, 2011.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge

2