## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED H.  KELLER, JR., et al., | ) | |
| | ) | **Case No. 8:10cv270** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF FREMONT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MARIO MARTINEZ, JR., et al. | ) | **Case No.  4:10cv3140** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CITY OF FREMONT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

These cases are before the court on the Joint Motion to Amend Progression Order (#182).  The motion will be granted.

**IT IS ORDERED:**

1.  The responses to the motions for summary judgment will be due **February 10, 2012.**   Any reply will be due **February 17, 2012.**

2.  The pretrial conference is rescheduled from March 8, 2012 to **April 30, 2012 at 11:00 A.M.**

3.  The non-jury trial before Chief District Judge Laurie Smith Camp is rescheduled from April 10, 2012 to **May 15, 2012.**

Dated this 23rd day of January 2012.

BY THE COURT:


S/ F.A. Gossett, III
United States Magistrate Judge