IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED H. KELLER, JR., JUAN DOE, and JUANA DOE #2, | ) ) ) | CASE NO. 8:10CV270 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF FREMONT, DALE SHOTKOSKI, in his Official Capacity, and TIMOTHY MULLEN, in his Official Capacity, | ) ) ) ) ) ) ) | DECLARATORY JUDGMENT AND PERMANENT INJUNCTION |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| MARIO MARTINEZ, JR., PAULA MERCADO, MARTIN MERCADO, JANE DOE, MARIA ROE, STEVEN DAHL, ACLU NEBRASKA FOUNDATION, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 22, AND BLAKE HARPER, | ) ) ) ) ) ) ) ) | CASE NO. 4:10CV3140 |
| Plaintiffs, | ) ) | DECLARATORY JUDGMENT AND PERMANENT INJUNCTION |
| v. | ) ) | |
| CITY OF FREMONT; DALE SHOTKOSKI, IN HIS OFFICIAL CAPACITY AS FREMONT CITY ATTORNEY; AND TIMOTHY MULLEN, IN HIS OFFICIAL CAPACITY AS FREMONT CHIEF OF POLICE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

For the reasons set out in the Memorandum and Order entered this day,

1. Declaratory Judgment is entered in favor of all Plaintiffs in Case No. 8:10cv270, and all Plaintiffs except ACLU Nebraska Foundation and United Food and Commercial Workers Union Local 22 in Case No. 4:10cv3140, as follows:

       a. Section 1, Part 2, Part 3.L., and Part 4.D., of Fremont Municipal Ordinance No. 5165, prohibiting the harboring of illegal aliens, providing for the revocation of occupancy licenses, and providing for certain penalties following the revocation of occupancy licenses, is declared void because those provisions are conflict-preempted by the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.,* in general, and § 1324, specifically, with respect to "harboring," and violate the Fair Housing Act, 42 U.S.C. § 3604;

       b. All Defendants are permanently enjoined from taking any action to enforce Section 1, Part 2, Part 3.L., and Part 4.D., of the Ordinance;

2. All other claims of all Plaintiffs in Case No. 8:10cv270 and Case No. 4:10cv3140 are dismissed, with prejudice; and

3. Any motions for attorney fees and costs shall be filed pursuant to Fed. R. Civ. P. 54(d)(2) within fourteen days of the entry of this Judgment.

.

DATED this 20th day of February, 2012.

       BY THE COURT:

       s/Laurie Smith Camp
       Chief United States District Judge