IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED H. KELLER, JR., JUAN DOE, and JUANA DOE #2, | ) ) ) | CASE NO. 8:10CV270 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| CITY OF FREMONT, DALE SHOTKOSKI, in his Official Capacity, and TIMOTHY MULLEN, in his Official Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MARIO MARTINEZ, JR., PAULA MERCADO, MARTIN MERCADO, JANE DOE, MARIA ROE, STEVEN DAHL, ACLU NEBRASKA FOUNDATION, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 22, and BLAKE HARPER, | ) ) ) ) ) ) ) ) ) | CASE NO. 4:10CV3140 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| CITY OF FREMONT, DALE SHOTKOSKI, in his official capacity as Fremont City Attorney, and TIMOTHY MULLEN, in his official capacity as Fremont Chief of Police, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Because Notices of Appeal have been filed by all parties to these actions that may substantially alter the parties' respective claims to attorney fees; and because any delay in the processing of the parties' appeals may substantially affect the rights of the parties;

and because the time to appeal was not extended under Fed. R. Civ. P. 58; all pending motions are terminated, without prejudice.

DATED this 28th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge