IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRED H. KELLER, JR., JUAN DOE, and JUANA DOE #2, | ) ) ) | CASE NO. 8:10CV270 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| CITY OF FREMONT, DALE SHOTKOSKI, in his Official Capacity, and TIMOTHY MULLEN, in his Official Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MARIO MARTINEZ, JR., PAULA MERCADO, MARTIN MERCADO, JANE DOE, MARIA ROE, STEVEN DAHL, ACLU NEBRASKA FOUNDATION, UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 22, and BLAKE HARPER, | ) ) ) ) ) ) ) ) ) | CASE NO. 4:10CV3140 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| CITY OF FREMONT, DALE SHOTKOSKI, in his official capacity as Fremont City Attorney, and TIMOTHY MULLEN, in his official capacity as Fremont Chief of Police, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion to Stay Briefing and Judgment on Costs (Case No. 8:10CV270, Filing No. 247; Case No. 4:10CV3140, Filing No. 264), and the Motion for Attorney Fees and Costs (Case No. 810CV270, Filing No. 248) filed by Plaintiffs Fred Keller, Jr., Juan Doe, and Juana Doe #2.

In their Joint Motion to Stay, the parties request that the Court stay all further proceedings on the parties' pending Bills of Costs pending the conclusion of the appeal in this matter. Notices of Appeal have been filed by all parties to these actions that may substantially alter the parties' respective claims to costs, as well as attorney fees.

Accordingly,

IT IS ORDERED:

1. The Joint Motion to Stay Briefing and Judgment on Costs (Case No. 8:10CV270, Filing No. 247; Case No. 4:10CV3140, Filing No. 264) is granted;

2. All further proceedings on the Bills of Costs that have been filed by the parties are stayed pending the conclusion of the appeal of this matter; and

3. The Motion for Attorney Fees and Costs (Case No. 810CV270, Filing No. 248) is terminated, without prejudice.

DATED this 2nd day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge