IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRED H. KELLER JR., JUAN ARMENTA, JUAN DOE, JUANA DOE, JUANA DOE #2, and YAMILETH LEIVA,<br><br>    Plaintiffs,<br><br>  V.<br><br>CITY OF FREMONT, DALE SHOTKOWSKI, in his Official Capacity, and TIMOTHY MULLEN, in his Official Capacity,<br><br>    Defendants. | 8:10CV270<br><br><br>ORDER |
| MARIO MARTINEZ, JR., et al.<br><br>    Plaintiffs,<br><br>  V.<br><br>CITY OF FREMONT, et al.<br><br>    Defendants. | 4:10CV3140<br><br><br>ORDER |

  Kenneth Sugarman, counsel for Plaintiffs Mario Martinez, Jr., *et al*., has filed a motion requesting leave to withdraw as counsel. Upon the representation that Plaintiffs will continue to be represented in this matter, the motion will be granted.

  **IT IS ORDERED:**

  1. Kenneth Sugarman's Motion for Leave to Withdraw as Counsel for Plaintiffs (Filing 255, Case No. 8:10CV270; Filing 268, Case No. 4:10CV3140) is granted.

  2. The Clerk shall terminate the appearance of Kenneth Sugarman in this matter.

  3. The Clerk shall terminate future notices to Kenneth Sugarman in this matter.

**DATED April 26, 2012.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge